UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:08-CR-67-DBH-03 |
| ) | |
| ROLAND DAVIS, ) | |
| ) | |
| DEFENDANT ) | |

ORDER ON REQUEST FOR EARLY TERMINATION
OF SUPERVISED RELEASE

I have considered carefully Mr. Davis's request for early termination of his supervised release. I congratulate Mr. Davis on the progress he has made while in prison and on supervised release, but it is still too early to end his supervision. The request is **DENIED**, but **WITHOUT PREJUDICE** to its renewal at a later date.

SO ORDERED.

DATED THIS 1ST DAY OF DECEMBER, 2015

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE